3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
APR 0 5 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARLOS OTERO, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-44 |
| § | |
| UNITED STATES OF AMERICA, § | |
| Defendant. § | |

## ORDER

Before this Court is Petitioner's Motion for Request for Extension of Time to Supplement Section 2255. (Docket No. 2). After careful consideration of said motion, the Court is of the opinion that said motion should be GRANTED. The Petitioner has until May 5th, 2000 to supplement his brief.

DONE at Brownsville, Texas on this 5th day of April, 2000.

John Wm. Black
United States Magistrate Judge