4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS OTERO, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-44 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## ORDER

Before this Court is Petitioner's Motion to Request Appointment of Counsel. (Docket No.

2). After careful consideration of said motion, the Court is of the opinion that said motion should be

DENIED.

DONE at Brownsville, Texas on this 5th day of April, 2000.

John Wm. Black
United States Magistrate Judge