40 (Rev. 6/86) Application to Proceed



# United States District Court

Southern DISTRICT OF Texas

(Brownsville Division)

CARLOS OTERO,

    Petitioner,

V.

UNITED STATES OF AMERICA,

    Defendant

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: CIV NO. B-00-44

MAY 1 5 2000
Michael N. Milby
Clerk of Court

---

I, Carlos Otero, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [X] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes [X]   No [ ]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

Approximately $15.00 per month/Unit Orderly, FCI Waseca

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

        N/A

2. Have you received within the past twelve months any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other form of self-employment | [ ] | [X] |
| b. | Rent payments, interest or dividends? | [ ] | [X] |
| c. | Pensions, annuities or life insurance payments? | [ ] | [X] |
| d. | Gifts or inheritances? | [ ] | [X] |
| e. | Any other sources? | [ ] | [X] |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒   No ☐   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   Less than $100.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 2nd, 2000              Carlos Otero #74485-079
                  (Date)                          Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 26.75 on account to his credit at the **Federal Correctional Institution, FCI Waseca, Minnesota** institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 26.15

Susan Notch
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge       Date | _____  _____ <br> United States Judge       Date <br> or Magistrate |

Michael N. Milby, Clerk of Court
MAY 15 2000

RECEIVED
United States District Court
Southern District of Texas

```
NTER INMATE NUMBER    7- 5079     PIN # 4852   MAIL / X #

INMATE NAME.........:OTERO, CARLUS NMI                      RESTRICTION.:00/00/00
------------------------------------------------------------------------
INMATE UNIT.........:A
SPECIAL SORT CODES..:
INMATE STATUS.......:A
OUTSTANDING CHECKS..:.00
SPECIAL PURPOSE ORD.:.00
ENCUMBRANCE BALANCE.:.00
ACCOUNT BALANCE.....:26.75              +------------------------------+
VALIDATION CODE.....:02                 | Press return     to review   |
VALIDATION LIMIT....:275.00             | transactions in detail -OR-  |
VALICATION EXPENDED.:129.85             | Press Home for controlled    |
AVAILABLE BALANCE...:26.75              | item purchases         -OR-  |
PERIOD PURCHASES....:129.85             | Press Esc for next inquiry.  |
YTD PURCHASES.......:313.50             +------------------------------+
LAST ACTIVITY DATE..:05/03/00           LAST 6 MO. DEPOSITS..:361.56
LAST SALE DATE......:05/03/00           LAST 6 MO. WITHDRAWALS..:386.49
ARRIVAL DATE........:07/11/97                      FRP PLAN....:O
DEPARTURE DATE......:00/00/00                      FRP RATE....:100
ARRIVE FROM.........:000                           FRP AMOUNT..:25
TRANSFER TO.........:000               RESTRICTED SPEND LIMIT:.00
                                        RESTRICTION EXPENDED:.00
```

```
                                                        ACCOUNT
                                                        STATEMENT
                                                        DATE 05/05/00
                                                        PAGE No. 01


                                        Account # 74485079


    OTERO, CARLOS NMI
    H
```

| BEGINNING BALANCE | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 104.32 | .00 | .00 | .00 | | 104.32 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC00P | 11:53 | 01-10-00 | PERFORMANCE PAY | 19.32 | 123.64 |
| T05517 | 15:29 | 01-18-00 | MONEY ORDER | 35.00 | 158.64 |
| 000073 | 19:45 | 01-18-00 | SALE / REGULAR | 37.00- | 121.64 |
| 2K0205 | 10:57 | 01-21-00 | ENC. / SPECIAL ORDER | 69.35- | 121.64 |
| T06617 | 16:44 | 02-07-00 | MONEY ORDER | 25.00 | 146.64 |
| JAN00P | 12:26 | 02-08-00 | PERFORMANCE PAY | 17.64 | 164.28 |
| 2K0159 | 14:15 | 02-10-00 | ENC. / SPECIAL ORDER | 41.85 | 164.28 |
| 2K0220 | 14:15 | 02-10-00 | ENC. / SPECIAL ORDER | 63.25- | 164.28 |
| 2K0220 | 19:40 | 02-10-00 | ENC. / SPECIAL ORDER | 63.25 | 164.28 |
| 000050 | 19:40 | 02-10-00 | SALE / REGULAR | 63.25- | 101.03 |
| T06825 | 13:59 | 02-11-00 | MONEY ORDER | 50.00 | 151.03 |
| P-0462 | 12:11 | 02-14-00 | COMMISSARY FORM | 22.99- | 128.04 |
| T07463 | 15:45 | 02-22-00 | MONEY ORDER | 10.00 | 138.04 |
| 2K0205 | 19:05 | 02-22-00 | ENC. / SPECIAL ORDER | 69.35 | 138.04 |
| 000072 | 19:05 | 02-22-00 | SALE / REGULAR | 83.40- | 54.64 |
| T08103 | 15:14 | 03-06-00 | MONEY ORDER | 50.00 | 104.64 |
| FEB00P | 9:52 | 03-10-00 | PERFORMANCE PAY | 17.64 | 122.28 |
| 0025 | 10:20 | 03-10-00 | FIN. RESP. ACT | 25.00- | 97.28 |
| T09372 | 16:09 | 03-27-00 | MONEY ORDER | 30.00 | 127.28 |
| MAR00P | 9:10 | 04-07-00 | PERFORMANCE PAY | 19.32 | 146.60 |
| T10407 | 13:49 | 04-14-00 | MONEY ORDER | 10.00 | 156.60 |
| 2K0442 | 14:37 | 04-18-00 | ENC. / SPECIAL ORDER | 47.80- | 156.60 |
| 2K0458 | 14:40 | 04-18-00 | ENC. / SPECIAL ORDER | 90.15- | 156.60 |
| 2K0458 | 17:50 | 05-02-00 | ENC. / SPECIAL ORDER | 90.15 | 156.60 |
| 000050 | 17:50 | 05-02-00 | SALE / REGULAR | 81.95- | 74.65 |
| 2K0442 | 18:22 | 05-03-00 | ENC. / SPECIAL ORDER | 47.80 | 74.65 |
| 000063 | 18:22 | 05-03-00 | SALE / REGULAR | 47.90- | 26.75 |
| 2K0159 | 12:36 | 12-30-99 | ENC. / SPECIAL ORDER | 41.85- | 26.75 |

```
                        **** TRANSACTION TOTAL ****    77.57-
```

| ENDING BALANCE | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 26.75 | .00 | .00 | .00 | | 26.75 |

ACCOUNT
STATEMENT

DATE 05/05/00
PAGE No. 01

Account # 74485079

OTERO, CARLOS NMI
A
COMMISSARY RESTRICTION FROM 1/19/99 - 2/17/99 CAN BUY STAMPS AND ITS

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 14.72 | .00 | .00 | .00 | 14.72 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP99P | 9:09 | 10-06-99 | PERFORMANCE PAY | 19.32 | 34.04 |
| OCT99P | 10:28 | 11-08-99 | PERFORMANCE PAY | 17.64 | 51.68 |
| NOV99P | 8:21 | 12-10-99 | PERFORMANCE PAY | 17.64 | 69.32 |
| 0003 | 10:42 | 12-10-99 | FIN. RESP. ACT | 25.00- | 44.32 |
| T03436 | 16:28 | 12-20-99 | MONEY ORDER | 10.00 | 54.32 |
| T04721 | 13:41 | 12-28-99 | MONEY ORDER | 30.00 | 84.32 |
| 2K0159 | 12:36 | 12-30-99 | ENC. / SPECIAL ORDER | 41.85- | 84.32 |
| T04797 | 14:08 | 12-30-99 | MONEY ORDER | 20.00 | 104.32 |

**** TRANSACTION TOTAL ****    89.60

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 62.47 | .00 | .00 | 41.85 | 104.32 |

ClibPDF - www.fastio.com