UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT
MAY 25 2000
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| CARLOS OTERO,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil Action No.: B-00-44<br><br>Criminal Number: B-96-337-02 |

## MOTION FOR DISCLOSURE OF DISCOVERRABLE MATERIALS UNDER THE BRADY RULES OF FAIRNESS

**COMES NOW,** the Petitioner, Carlos Otero, appearing pro se, and hereby moves this Honorable Court in this, his Motion for Disclosure of Discoverable Materials under the Brady Rules of Fairness, the Due Process and Fair Trial Provisions of the Fifth and Sixth Amendments of the United States Constitution, Rule 16 of the Federal Rules of Criminal Procedure and the Supreme Court dictates of <u>Brady v. Maryland</u>, and hereby requests the Court Order the Government to provide him with any and all impeachment and exculpatory materials within their possession, and their agents possession as mandated by law. For the reasons as set forth below, Mr. Otero is entitled to these materials at this time.

1. At the time of the arraignment and trial of the instant case this Court had a standing discovery order.

2. Available, but not disclosed to the defense was impeachment and exculpatory evidence concerning Mr. Otero's innocence for the crime charged against him.

Pg. 1

3. Specifically, information derived from the criminal investigation of the case at bar evidences that Mr. Otero was not knowingly involved in the conspiracy charged against him.

4. Mr. Otero requests an Order of this Court compelling the Government to produce and provide to him the following items within its possession and the possession of its agents, representatives and agencies involved in the instant investigation and prosecution which resulted in his conviction.[1]

    a. the reports and/or statements of any law enforcement agency involving impeachment evidence or exculpatory materials that would benefit Mr. Otero.

    b. the interview notes of any and all agencies involved in the instant investigation that evidence Mr. Otero was not a knowing conspirator in the crime charged, including the interview statements and debriefings of:

        i). Gustavo B. Andrade, B-96-337-01

        ii). Augustin Jaime Obregon-Gonzales, a/k/a: Jaime Obregon, B-96-337-05

        iii) **Hilario Obregon, a/k/a Lalo**, B-06-337-04

        iv). Juan Rodriguez, a/k/a: Johnny and Johnny Rodriguez, B-96-337-03

    c. any and all additional materials within the possession of the government or its agents within the perview of the Brady Rules of Fairness.

5. The Petitioner submits that he is entitled to the foregoing information based upon the Fifth and Sixth Amendments

---

[1] In order to avoid any confusion on the part of the government in this regard, the Petitioner would demand that he be supplied with all correspondenec, reports, memoranda, transcripts, transmittal letters and any other indicia of communication the following offices, agencies and/or individuals: United States Attorney's Office for the Southern District of Texas; the United States Attorney's Office for the District of Illinois; the Office of the Statewide Prosecutor (Illinois), the United States Customs Service and the Federal Bureau of Investigation. This request would of course encompass any office, employee or agent of these institutions, as required under the Brady Rules of Fairness and the Fifth and Sixth Amendments of the United States Constitution.

to the United States Constitution, the dictates of <u>Brady v. Maryland</u>, 373 U.S. 83, 87-88, 88 S.Ct. 1194, 10 L.Ed.2d 215 (1963); <u>Giglio v. United States</u>, 405 U.S. 150, 154, 92 S.Ct. 763, 766 (1972); <u>United States v. Bagley</u>, 473 U.S. 667, 676, 105 S.Ct. 3375, 3380, 87 L.Ed.2d 481 (1985; <u>Kyles v. Whitley</u>, --- U.S. ---, 115 S.Ct. 1555, 131 L.Ed.2d 481 (1985); <u>Napue v. Illinois</u>, 360 U.S. 264, 269, 79 S.Ct. 1173, 1177, 3 L.Ed. 2d 1217 (1959), Rule 16 of the Federal Rules of Criminal Procedure and the Brady Rules of Fairness, as well as the U.S. Attorney's oath of office. The Petitioner would request that the Order of this Court compel the Government to produce these items <u>prior</u> <u>to</u> or <u>companion</u> <u>with</u> their Response Brief, to Petitioner's Section 2255 Motion presently pending before this Honorable Court.

Submitted in good faith this 16th Day of May, 2000.

Respectfully Submitted,

_Carlos Otero_
Mr. Carlos Otero
Appearing Pro Se
Reg. No. 74485-079
P.O. Box 1500/Unit A
Waseca, Minnesota 56093

## CERTIFICATE OF SERVICE

I hereby certify, under the penalty of perjury and pursuant to Title 28 U.S.C. § 1746, that a true and correct copy of the foreoing instrument was mailed, postage pre-paid and properly addressed to the Office of the United States Attorney for the Southern District of Texas, Brownsville Division, AUSA Paula C. Offenshauser, P.O. Box 61129, Houston, Texas, 77208-1129, by placing a copy of the same in the inmate legal mailbox at FCI Waseca, P.O. BOx 1500, Waseca, Mn. 56093, on this 16 Day of May, 2000.

_Carlos Otero_
Mr. Carlos Otero

Pg. 3