

Carlos Otero 74485-079
Federal Prison Camp
Box 1000
Duluth, MN 55814-1000

US District Court Clerk
600 E. Harrison #101
Brownsville, TX 78520

August 1, 2000

Re: C.A. Case B 00 044

United States District Court
Southern District of Texas
RECEIVED

AUG 0 7 2000

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED

AUG 0 7 2000

Michael N. Milby
Clerk of Court

Dear Sirs:

Please be advised that I am no longer at the FCI Waseca. All future correspondence regarding the above captioned case should be addressed to me at:

Carlos OTERO
74485-079
Federal Prison Camp
Box 1000
Duluth, MN 55814-100

Please amend your records to reflect this change.

Thank you kindly

Yours sincerely

Carlos Otero

*Carlos Otero*    8-1-00