9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS OTERO, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-044 |
| VS. | § | |
| | § | CRIMINAL NO. B-96-337-02 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

O R D E R

    Petitioner, Carlos Otero, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by October 6, 2000.

    DONE at Brownsville, Texas, this 23rd day of August, 2000.

                                                                     John Wm. Black
                                                               United States Magistrate Judge

ClibPDF - www.fastio.com