UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT  MAY 2000  EC
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| CARLOS OTERO, | |
|     Petitioner, | Civil Action No.: B-00-44 |
| v. | Criminal Number: B-96-337-02 |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

## MOTION FOR DISCLOSURE OF DISCOVERRABLE MATERIALS UNDER THE BRADY RULES OF FAIRNESS

**COMES NOW**, the Petitioner, Carlos Otero, appearing pro se, and hereby moves this Honorable Court in this, his Motion for Disclosure of Discoverable Materials under the Brady Rules of Fairness, the Due Process and Fair Trial Provisions of the Fifth and Sixth Amendments of the United States Constitution, Rule 16 of the Federal Rules of Criminal Procedure and the Supreme Court dictates of <u>Brady v. Maryland</u>, and hereby requests the Court Order the Government to provide him with any and all impeachment and exculpatory materials within their possession, and their agents possession as mandated by law. For the reasons as set forth below, Mr. Otero is entitled to these materials at this time.

    1.    At the time of the arraignment and trial of the instant case this Court had a standing discovery order.

    2.    Available, but not disclosed to the defense was impeachment and exculpatory evidence concerning Mr. Otero's innocence for the crime charged against him.

Pg. 1