H 13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
NOV 0 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARLOS OTERO, § | |
|    Petitioner-Defendant, § | |
| § | CIVIL ACTION NO. B-00-044 |
| VS. § | |
| § | CRIMINAL NO. B-96-337-02 |
| UNITED STATES OF AMERICA, § | |
|    Respondent-Plaintiff. § | |

## ORDER

Carlos Otero ("Otero") filed a Motion pursuant to 28 U.S.C. § 2255 on March 27, 2000. (Docket No. 1). On the same day, he asked for an extension of time to supplement his Motion. (Docket No. 2). On April 6, 2000, the Court granted the Motion to Supplement and ordered Otero to file a supplement by May 5, 2000. (Docket No. 3). Otero ignored this order.

On May 16, 2000, Otero filed a Request for Enlargement of Time (Docket No. 6) seeking an additional fourteen days to supplement his petition. Otero filed a Supplemental Motion in Support of his § 2255 Petition. (Docket No. 10). This pleading is dated May 16, 2000, and bears two file stamps, the first is dated May 19, 2000, the second is dated August 23, 2000.

On August 23, 2000, the Court ordered the Government to respond to Otero's petition by October 6, 2000. (Docket No. 9).

On October 6, 2000, the Government filed a response to Otero's Petition which incorporated a Motion to Dismiss or Alternatively a Motion for Summary Judgment. (Docket No. 11).

On November 1, 2000, Otero filed a Response (Docket No. 12) which raises new issues in

light of *Apprendi v. New Jersey* ___ U.S. ___; 120 S.Ct. 2348 (2000).

The Government is **ORDERED** to respond to the new matters raised by Otero in his November 1, 2000 Response on or before December 22, 2000.

DONE at Brownsville, Texas, this 6th day of November, 2000.

_____
John Wm. Black
United States Magistrate Judge

2

ClibPDF - www.fastio.com