IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED
MAR 28 2001
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS OTERO, | § | |
|     Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-044 |
| VS. | § | |
| | § | CRIMINAL NO. B-96-337-02 |
| UNITED STATES OF AMERICA, | § | |
|     Defendant-Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 3, 2001, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 28th day of March, 2001.

_____
Filemon B. Vela
United States District Judge