UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CARLOS OTERO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Case No. 00-CV-44

THE HON. FILEMON B. VELA

**MOTION FOR CLARIFICATION**

United States Courts
Southern District of Texas
FILED
DEC 1 1 2002
Michael N. Milby, Clerk

    The petitioner, Carlos Otero, pro se in the above-captioned matter, hereby moves this Honorble District Court to enter a ruling on his 28 U.S.C. § 2255 motion. On January 5, 2002, Mr. Otero mailed a letter to the Clerk of Court asking whether his Section 2255 motion had been denied by the Court. Otero believed that a ruling on his motion had not been made by the Court and that a decision was still pending. Since that time Otero has not heard from the Court regarding whether his motion has been denied or granted. As of this date, November 13, 2002, Otero has never received an Order from the District Court advising him of the Court's decision. As a right, Otero has the opportunity to challange the Court's decision by filing a Application Requesting Permission to Appeal this Court's Ruling as to this matter pursuant to 28 U.S.C. § 2253(c)(1). Because a ruling has never been made or a copy of a decision provided to Otero, he is unclear as to how to proceed under Section 2253(c)(1). Therefore he asks this Court for Clarification on how he should proceed. The petitioner is not trying to rush the Court on a ruling and he does proceed here out of vexation. He simply wishes to know if the Court has made a ruling, and asks for a copy if a ruling has been made so that he can file his request to Appeal under § 2253(c)(1).

Respectfully Submitted,

*Carlos Otero* (signature)

Carlos Otero #74485-079-H
P O Box 1000
Duluth MN. 55814-1000

November 13, 2002
Date:

## CERTIFICATE OF SERVICE

    I hereby submit that a true and correct copy of the foregoing Motion For Clarification was mailed to the following persons on this 13th day of November, 2002, by First Class US Mail:

OFFICE OF THE UNITED STATES ATTORNEY
P O BOX 61129
HOUSTON TEXAS               77208-1129


_____
Carlos Otero # 74484-079-H