IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS OTERO | § | |
| | § | CIVIL ACTION NO. B-00-044 |
| VS. | § | |
| | § | CRIMINAL NO. B-96-337-02 |
| UNITED STATES OF AMERICA | § | |

## ORDER

Carlos Otero ("Otero") filed a Motion for Clarification (Docket No. 18) in which he claims never to have been advised of the court's ruling on his 28 U.S.C. § 2255 Motion.

A review of this file reflect that on January 3, 2001, the undersigned United States Magistrate Judge signed a Report and Recommendation (Docket No. 15) recommending dismissal of Otero's § 2255 Motion. Otero apparently received this Report and Recommendation, since he filed Objections (Docket No. 16) to it on January 17, 2001.

On March 28, 2001, Hon. Filemon B. Vela, United States District Judge, entered an Order (Docket No. 17) adopting the January 3, 2001, Report and Recommendation and dismissing Otero's Motion. A copy of that Order was mailed by the United States District Clerk to Otero. An inquiry by the undersigned to the Clerk revealed that the Order was never returned by the Post Office.

In his Motion for Clarification, Otero seeks advice as to how to proceed. The court declines to offer such advice. The Motion for Clarification is **DENIED**.

DONE at Brownsville, Texas, this 7th day of January, 2003.

John Wm. Black
United States Magistrate Judge